```
               UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

                   CIVIL MINUTES-GENERAL
```

**Case No.**  CV 07-7447-VBF(JCR)        **Date:** June 23, 2008

**Title:** Richard Schoenfeld v. John Marshall, Warden

---

                                          ☐  U.S. DISTRICT JUDGE

**PRESENT:**  THE HONORABLE   John C. Rayburn, Jr.

                                          ☒  MAGISTRATE JUDGE

| **Debra Taylor** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
            NONE                                            NONE

**PROCEEDINGS:**   (IN CHAMBERS) ORDER RE: STAY OF PROCEEDINGS

On November 14, 2007, Petitioner filed the current Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. Petitioner challenges the California Board of Prison Term's ("Board") decision finding his unsuitable for parole after a subsequent parole suitability hearing. On February 5, 2008, Petitioner filed a First Amended Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. On April 10, 2008, the Court issues an Order Requiring Response to Petition. On June 10, 2008, Respondent filed a Request For Stay Pending Issuance of the Mandate in Hayward.

In Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), the Ninth Circuit found that the denial of the petitioner's release on parole violated due process. On May 16, 2008, the Ninth Circuit ordered that Hayward be reheard en banc. Hayward v. Marshall, 2008 WL 2131400, at *1 (9th Cir. May 16, 2008). In that order, the Ninth Circuit stated that "the three-judge panel opinion shall not be cited as precedent by or to any court in the Ninth Circuit." Id. In light of the applicability of Hayward to the issues raised in the current Petition, the Court grants Respondent's request. This matter is hereby stayed pending the outcome of the aforementioned rehearing en banc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 07-7447 VBF(JCR)        Date:  June 23, 2008

Title:  Richard Schoenfeld v. John Marshall, Warden
                                                                Page 2
------------------------------------------------------------------------

Within fourteen (14) days of the issuance of the Ninth Circuit's en banc decision in Hayward, Respondent shall serve a copy of the decision upon Petitioner and shall notify this Court of the decision. Thereafter, the stay of the current proceedings shall be lifted, and Respondent shall comply with the Court's April 10, 2008, Order Requiring Response to Petition. The parties shall comply with all other provisions of that order.

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                Initials of Deputy Clerk dt

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL