**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD SCHOENFELD,<br><br>      Petitioner,<br><br>   v.<br><br>JOHN MARSHALL, Warden,<br><br>      Respondent.<br>_____ | NO. CV 07-7447-VBF(E)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that the Petition is conditionally granted. Within ninety (90) days of the entry of Judgment herein, or such further time as reasonably allowed under state law, Respondent shall release Petitioner on parole unless, within that period of time, the California Board of Parole Hearings either: (1) sets a release date for Petitioner pursuant to California law; or (2) holds a new parole

1  suitability hearing for Petitioner and renders a decision in
2  conformity with the requirements of due process, consistent with the
3  law discussed in the Report and Recommendation (to the extent the
4  California Board of Parole Hearings has not previously done (1) or
5  (2)).

7     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
8  the Magistrate Judge's Report and Recommendation and the Judgment
9  herein by United States mail on Petitioner, counsel for Petitioner and
10 counsel for Respondent.

12    LET JUDGMENT BE ENTERED ACCORDINGLY.

14    DATED: 9-29-10

                                    _____
                                         VALERIE BAKER FAIRBANK
                                     UNITED STATES DISTRICT JUDGE

2