**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD SCHOENFELD, | ) | NO. CV 07-7447-VBF(E) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is conditionally granted. Within ninety (90) days of the entry of Judgment herein, or such further time as reasonably allowed under state law, Respondent shall release Petitioner on parole unless, within that period of time, the California Board of Parole Hearings either: (1) sets a release date for Petitioner; or (2) holds a new parole suitability hearing for

///

///

1  Petitioner and renders a decision in conformity with the requirements
2  of due process, consistent with the law discussed in the Report and
3  Recommendation (to the extent the California Board of Parole Hearings
4  has not previously done (1) or (2)).

      DATED: 9-29-10

                              /s/ Valerie Baker Fairbank
                              _____
                                    VALERIE BAKER FAIRBANK
                                 UNITED STATES DISTRICT JUDGE

2